UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-255-MOC

| | |
|---|---|
| BOBBY KIRKPATRICK, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion in light of Plaintiff's Response to Motion for Summary Judgment, in which Plaintiff requests a stay of this case for briefing on the merits of the constitutionality of the Commissioner's decision. (Doc. No. 26). Defendant shall have twenty days to file a response to Plaintiff's stay request.

Signed: November 1, 2021

Max O. Cogburn Jr
United States District Judge